## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cook, Laverne

Printed:  1/29/08

Case Number:  07 B 14388
Judge:  Squires, John H
Filed:  8/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  December 19, 2007

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Loan Express Company | Unsecured | 137.92 | 0.00 |
| 2. | First American Cash Advance | Unsecured | 364.85 | 0.00 |
| 3. | Genesis Financial Services Corp | Unsecured | 471.06 | 0.00 |
| 4. | West Suburban Medical Center | Unsecured | 1,244.08 | 0.00 |
| 5. | Pay Day Loans | Unsecured | 363.77 | 0.00 |
| 6. | Advance American | Unsecured | | No Claim Filed |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | Fast Cash Advance | Unsecured | | No Claim Filed |
| 9. | First Cash Advance | Unsecured | | No Claim Filed |
| 10. | AIS Services | Unsecured | | No Claim Filed |
| 11. | National Quick Cash | Unsecured | | No Claim Filed |
| 12. | Web Pay Day | Unsecured | | No Claim Filed |
| 13. | Reynolds Cosmetic Dental Center | Unsecured | | No Claim Filed |
| 14. | Armor Systems Co | Unsecured | | No Claim Filed |
| 15. | Sun Cash | Unsecured | | No Claim Filed |
| 16. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| | | | $ 2,581.68 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cook, Laverne

Printed:  1/29/08

Case Number:  07 B 14388

Judge:  Squires, John H

Filed:  8/9/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: